IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 3:18-CR-021

-vs-        Judge Thomas M. Rose

CHARLES MOORE, III,

        Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR BOND (DOCS. 17, 20)

This matter comes before the Court pursuant to Defendant's Motion for Bond (doc. 17) and the Government's Opposition to said Motion (doc. 18).

The Court heard said Motion on the record on March 12, 2018, allowing both Defendant and the Government to supplement their arguments.

Based upon these arguments presented, the Court finds Defendant has failed to overcome the presumption that applies to this case that no combination of conditions will reasonably assure his appearance or the safety of the community. As pointed out by the Government the Grand Jury found probable cause to believe Defendant committed a drug offense which carries a maximum sentence of life imprisonment. The evidence against Defendant is purportedly compelling and includes admissions as to his possession with intent to distribute vast quantities of drugs.

Based upon these presentations, the Court finds Defendant has failed to overcome the presumption of detention in this case. Defendant's Motion for Bond (doc. 17) including the supplemental documents (doc. 20) is DENIED.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: April 4, 2018 _____
Thomas M. Rose, Judge
United States District Court